

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SANDRA M. POCAIGUE ) <br> ) <br> Defendant. ) | CRIMINAL Case No. 95-00145-001 <br><br> **REQUEST TO TRAVEL** |

On February 20, 1997, Sandra M. Pocaigue was sentenced by Your Honor for Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a) and 846.

Ms. Pocaigue is requesting the Court's permission to travel to Saipan for employment purposes. She is an auditor for RGIS Inventory Specialists. She is scheduled to depart Guam on August 17, 2005 and return on August 19, 2005.

Ms. Pocaigue has been compliant with her conditions of supervised release. Additionally, the Court has previously approved similar travel for Ms. Pocaigue, and she has complied with travel conditions as required. This Officer supports her travel request and seeks Court approval.

CARMEN D. O'MALLAN
U. S. Probation Officer Specialist