

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SANDRA M. POCAIGUE ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL Case No. 95-00145-001 <br><br> **ORDER** |

✓ APPROVED          ____ DISAPPROVED

IT IS SO ORDERED this 12th day of August 2005, that Sandra M. Pocaigue be authorized to travel to Saipan, Northern Mariana Islands, from August 17, 2005 to August 19, 2005.

8/12/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL