| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**ORIGINAL**

Sandra M. Pocaigue
USDC Cr. Cs. No. 95-00145-001
SSN: XXX-XX-9599
DOB: XX-XX-1964
HT: 5'3" WT: 140 lbs.



DATE **September 12, 2005**

**FILED**
DISTRICT COURT OF GUAM
SEP 13 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO **Saipan**

LEAVING **September 14, 2005** AND RETURNING **September 16, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP: **Employment**

ACCOMMODATIONS: **Aquarius Hotel**
**Tel: (670) 235-6025**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your supervised release conditions while in Saipan.
2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.
3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

[X] APPROVED  [ ] DISAPPROVED

NAME     N/A
ADDRESS

**RECEIVED**
SEP 13 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
U.S. DISTRICT COURT OF GUAM

Case 1:95-cr-00145  Document 32  Filed 09/13/2005  Page 1 of 1