UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
DEC 16 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA )
                                    Plaintiff, )    CRIMINAL Case No. 95-00145-001

vs. )    **TRAVEL REQUEST INFORMATION**

SANDRA M. POCAIGUE )
                                    Defendant. )

       On February 20, 1997, Sandra M. Pocaigue was sentenced by Your Honor for Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a) and 846.

       Ms. Pocaigue is requesting the Court's permission to travel to Saipan for employment purposes. She is an auditor for RGIS Inventory Specialists. She is scheduled to depart Guam on December 19, 2005 and return on December 20, 2005.

       Ms. Pocaigue has been compliant with her conditions of supervised release. Additionally, the Court has previously approved similar travel for Ms. Pocaigue, and she has complied with travel conditions as required. This Officer supports her travel request and seeks Court approval.

                                   Respectfully Submitted,

                                   FRANK MICHAEL CRUZ
                                   Chief U. S. Probation Officer

         By:                         
                                   CARMEN D. O'MALLAN
                                   U. S. Probation Officer Specialist

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     File

**ORIGINAL**