**FILED**
DISTRICT COURT OF GUAM
APR -5 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>SANDRA M. POCAIGUE<br>Defendant. | CRIMINAL CASE NO. 95-00145-001<br><br><br>**TRAVEL REQUEST INFORMATION** |

On February 20, 1997, Sandra M. Pocaigue was sentenced in the District Court of Guam for Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a) and 846.

Ms. Pocaigue is requesting the Court's permission to travel to Saipan for employment purposes. She is an auditor for RGIS Inventory Specialists. She is scheduled to depart Guam on April 17, 2006 and return on April 21, 2006.

Ms. Pocaigue has been compliant with her conditions of supervised release. Additionally, the Court has previously approved similar travel for Ms. Pocaigue, and she has complied with travel conditions as required. This Officer supports her travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File