| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |

Sandra M. Pocaigue
USDC Cr. Cs. No. 95-00145-001
SSN: XXX-XX-9599
DOB: XX-XX-1964
HT: 5'3"  WT: 130lbs.



DATE: April 3, 2006

**FILED**
DISTRICT COURT OF GUAM
APR -6 2006 
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO    Saipan

LEAVING   April 17, 2006    AND RETURNING   April 21, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Employment

Accommodations: Aquarius Hotel, tel: (670) 235-6025



**RECEIVED**
APR -5 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

SPECIAL INSTRUCTIONS: INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION...
ALSO INCLUDE INSTRUCTIONS FOR REPORTING AFTER TRAVEL...

1. You shall abide by your supervised release conditions while in Saipan.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

[X] APPROVED    [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE