
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) ) ) ) | CRIMINAL CASE NO. 95-00145-001 |
| vs. | ) ) ) | **TRAVEL REQUEST INFORMATION** |
| SANDRA M. POCAIGUE<br>Defendant. | ) ) ) ) | |

    On February 20, 1997, Sandra M. Pocaigue was sentenced in the District Court of Guam for Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. § 841(a) and 846.

    Ms. Pocaigue is requesting the Court's permission to travel to Saipan for employment purposes. She is an auditor for RGIS Inventory Specialists. She is scheduled to depart Guam on May 24, 2006 and return on May 26, 2006. Ms. Pocaigue is also seeking authorization to travel to Saipan through the months of June, July and August 2006 for employment purposes as well.

    Ms. Pocaigue has been compliant with her conditions of supervised release. Additionally, the Court has previously approved similar travel for Ms. Pocaigue, and she has complied with travel conditions as required. This Officer supports her travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File

ORIGINAL