| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

Sandra M. Pocaigue
USDC Cr. Cs. No. 95-00145-001
SSN: XXX-XX-9599
DOB: XX-XX-1964
HT: 5'3"  WT: 130lbs.



DATE: May 18, 2006

**FILED**
DISTRICT COURT OF GUAM
MAY 22 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO      Saipan

LEAVING  May 24, 2006   AND RETURNING  May 26, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**Employment**

Accommodations: **Aquarius Hotel, tel: (670) 235-6025**

1. You shall abide by your supervised release conditions while in Saipan.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

**RECEIVED**
MAY 19 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

[X] APPROVED   [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

Case 1:95-cr-00145  Document 69  Filed 05/22/2006  Page 1 of 1