| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**ORIGINAL**

Sandra M. Pocaigue
USDC Cr. Cs. No. 95-00145-001 440
Chalan Santa Bernadita St.
Agafa Gumas, Yigo, GU 96929
SSN: XXX-XX-9599
DOB: XX-XX-1964



DATE: June 16, 2006

YOU ARE AUTHORIZED TO TRAVEL TO: **Saipan**

LEAVING: **June 19, 2006**   AND RETURNING: **June 20, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Employment**

Accommodations: **Aquarius Hotel**

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your supervised release conditions while in Saipan.
2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.
3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME: N/A
ADDRESS:

RECEIVED
JUN 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

☒ APPROVED   ☐ DISAPPROVED

Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge